AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York  ▾

| | | |
|---|---|---|
| MANOLITO ALTAMIRANO | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. |
| 535 WEST 163RD STREET HDFC, and EFIGENIA GARCIA, Individually. | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  535 West 163rd Street HDFC via the New York Secretary of State
Efigenia Garcia via place of business, 535 West 163rd Street HDFC, 535 West 163rd
Street, New York County, NY 10032

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jessenia Maldonado, Esq.
Law Office of Yuriy Moshes
517 Brighton Beach Avenue, 2nd Floor
Brooklyn, Kings County, NY 11235

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____4/29/2022_____                        _____/s/ P. Canales_____
                                         *Signature of Clerk or Deputy Clerk*

**Defendants' Addresses**

**535 WEST 163rd STREET HDFC**

Via New York Secretary of State

**EFIGENIA GARCIA**

Via Place of Business, 535 West 163rd Street HDFC
 535 West 163rd Street, New York, NY 10032