UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANOLITO ALTAMIRANO,

                Plaintiff,

-against-

535 WEST 163RD STREET HDFC, et al.,

                Defendants.

1:22-cv-03459 (JLR) (BCM)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    In light of the extension of the deadline for completion of fact discovery to March 17, 2023 (*see* ECF No. 29), the post-discovery conference scheduled for February 23, 2023 is hereby adjourned to **April 13, 2023** at **2:00 p.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated:  January 19, 2023
          New York, New York

                                      SO ORDERED.

                                      JENNIFER L. ROCHON
                                      United States District Judge