UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/8/2023
```

MANOLITO ALTAMIRANO,

          Plaintiff,

-against-

535 WEST 163RD STREET HDFC., et al.,

          Defendants.

22-CV-3459 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed the parties' joint letter dated September 7, 2023 (Dkt. 44), attaching a Revised Settlement Agreement (Dkt. 44 Ex. 1) and notifying the Court that the Revised Settlement Agreement "limits the 'Mutual Non-Disparagement' clause to 'willful and untruthful' disparagement," "eliminates the 'no re-hire' clause," and attaches "contemporaneous time records and documentation of expenses." (Dkt. 44 at 1.)

    Having carefully reviewed the financial and non-financial terms of the revised Settlement Agreement, the Court finds that they are fair and reasonable as required by *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015). Accordingly, the Revised Settlement Agreement is APPROVED, and the parties shall file a stipulation of dismissal with prejudice no later than **October 9, 2023**.

Dated:  New York, New York
         September 8, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**